UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER L. JOHNSON,

        Petitioner,                        Case No. 1:16-cv-378

v.                                          Honorable Paul L. Maloney

SHERMAN CAMPBELL,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  May 17, 2016             /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge